**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-50373 |
| David Allen Bales<br>Kelly Susan Bales | Chapter 13 |
| Debtors. | Judge Gregory R. Schaaf |

## OBJECTION TO CHAPTER 13 PLAN

Capital One Auto Finance, a division of Capital One, N.A. ("Creditor") by and through their undersigned counsel, hereby objects to the Debtors' Proposed Chapter 13 Plan. This objection is hereby supported by the following memorandum.

### MEMORANDUM

Creditor, by and through their undersigned counsel, hereby objects to the Debtor's Chapter 13 Plan filed February 27, 2019.

The Debtors propose to pay Creditor based upon a secured value of $23,900.00 with an interest rate of 6.50%. The vehicle in question is a 2017 NISSAN PATHFINDER - VIN 5N1DR2MM6HC651266 ("Vehicle") which was purchased on March 25, 2017. The Debtor's bankruptcy was filed on February 27, 2019. The vehicle was purchased within 910 days of the filing of the petition; therefore, Creditor is entitled to full contract balance of the vehicle, which was $26,855.12 at a "Till" interest rate of 7.50%. (The current Wall Street Journal published prime interest rate, plus a 2% risk factor.). The Debtors' Chapter 13 Plan herein does not adequately protect the Creditor's interest in said Vehicle and should be denied confirmation.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on May 4, 2019.

**By Notice of Electronic Filing to:**

Gregory A. Jennings, Debtors' Counsel at gjennings@cooleyoffill.com

Beverly M. Burden, Trustee at Notices@Ch13EDKY.com

Office of the U.S. Trustee at ustpregion08.lx.ecf@usdoj.gov

**By United States mail to:**

David Allen Bales
Kelly Susan Bales
3181 Keithshire Way
Lexington, KY 40503

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Attorney for Creditor